UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARK JUAREZ, | Case No. 1:23-cv-00142-JLT-CDB |
|---|---|
| Plaintiff, | ORDER ON STIPULATION EXTENDING CASE MANAGEMENT DATES <u>AS MODIFIED</u> |
| v. | |
| DG STRATEGIC VII, LLC. | (Doc. 12) |
| Defendant. | |

On December 8, 2022, Plaintiff Mark Juarez ("Plaintiff") initiated this action in Superior Court of the State of California, County of Kern. (Doc. 1). Defendant DG Strategic VII, LLC ("Defendant") removed this action to this court on January 30, 2023. *Id*. On April 26, 2023, the Court issued a scheduling order setting all case management dates for this action. (Doc. 9).

Pending before the Court is the parties' stipulation to extend case deadlines. (Doc. 12). In light of the parties' representations in the stipulation, the declaration (Doc. 12-1), and for good cause appearing, it is HEREBY ORDERED that the scheduling order is amended as follows:

| **Mid-discovery status conference** | December 21, 2023, at 9:00 AM |
|---|---|
| **Non-expert discovery deadline** | February 23, 2024 |
| **Expert disclosure** | March 5, 2024 |

| | |
|---|---|
| **Rebuttal expert disclosure** | March 19, 2024 |
| **Expert discovery deadline** | April 19, 2024 |
| **Filing of non-dispositive motions** | April 26, 2024 |
| **Hearing of non-dispositive motions** | May 31, 2024, at 9:00 AM |
| **Filing of dispositive motions** | June 7, 2024 |
| **Hearing of dispositive motions** | July 22, 2024, at 9:00 AM |
| **Pre-trial conference** | August 26, 2024 |

The currently scheduled trial date of October 16, 2024, before the Honorable District Judge Jennifer L. Thurston, remains in effect.

IT IS SO ORDERED.

Dated:   **September 22, 2023**

UNITED STATES MAGISTRATE JUDGE