1
2
3
4
5
6
7
8                            UNITED STATES DISTRICT COURT
9                            EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| MARK JUAREZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>DG STRATEGIC VII, LLC; and DOES 1 through 100, inclusive,<br><br>            Defendants. | CASE NO. 1:23-cv-00142-KJM-CDB<br><br>**ORDER ON STIPULATION AND REQUEST TO CONTINUE FINAL PRETRIAL CONFERENCE** |

**ORDER**

Having considered the Stipulation and Request to Continue Final Pretrial Conference of Plaintiff Mark Juarez and Defendant DG Strategic VII, LLC (collectively, the "Parties"), good cause appearing, the court hereby orders as follows:

1. The Final Pretrial Conference is continued to January 16, 2026 at 1:30 p.m. The Joint Pretrial Statement is due seven (7) days ahead of the foregoing date.

2. By entering into this Stipulation, the parties do not waive and expressly reserve all claims, defenses, and challenges in this action.

3. The parties are reminded of their obligation to notify the court immediately if they reach a settlement. *See* Local Rule 160(a).

**IT IS SO ORDERED**

DATED: October 8, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE